**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
2007 JAN 19 A 8: 29
CLERK _____
SO. DIST. OF GA.

| | | |
|---|---|---|
| LACY ANTHONY MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 106-175 |
| | ) | |
| RONALD STRENGTH and RICHMOND COUNTY SHERIFF'S OFFICE, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this case is **DISMISSED**, without prejudice.

SO ORDERED this 19th day of January, 2007, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE